# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICK CARPENTER, an individual, | Case No.: 2:16-cv-03763-RGK-JPR |
| Plaintiff, | Hon. R. Gary Klausner |
| v. | [~~PROPOSED~~] JUDGMENT |
| SELECT PORTFOLIO SERVICING COMPANY, INC. AND DOES 1 through 20, inclusive, | State Court Case No. KC068354<br>Action Filed: April 11, 2016<br>Trial Date: NA |
| Defendants. | |

This matter came before the Court on Defendant SELECT PORTFOLIO SERVICING, INC.'S ("SPS") Motion for Judgment on the Pleadings (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's July 27, 2016 Civil Minutes Order,

**IT IS ORDERED** that Judgment is hereby entered in favor of SPS and against Plaintiff Erick Carpenter.

///

///

///

///

**IT IS FURTHER ORDERED** that a Judgment of Dismissal is hereby entered in favor of SPS for the reasons set forth in the Court's July 27, 2016 Civil Minutes Order.

**IT IS SO ORDERED.**

Dated: August 02, 2016

*Gary Klausner*

HON. R. GARY KLAUSNER
United States District Judge